**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ETHEL CARGILL,

    Plaintiff,

v.   CASE NO: 8:10-cv-807-T-26TGW

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Motion for Partial Summary Judgment (Dkt. 30) is stricken pursuant to paragraph 6(g) of the Court's Case Management and Scheduling Order (the CMSO) entered June 16, 2010, at docket 16, for failure to comply with paragraph 6(b) of the CMSO. Because discovery does not conclude until July 29, 2011, and because the dispositive motion filing deadline is not until August 29, 2011, defense counsel is reminded that pursuant to paragraph 6(a) of the CMSO "[a] party's claims or defenses for which summary judgment is sought **shall** be presented in a **single** motion and incorporated memorandum of law . . . Multiple motions for summary judgment will not be permitted."

**DONE AND ORDERED** at Tampa, Florida, on April 29, 2011.

    s/*Richard A. Lazzara*
    **RICHARD A. LAZZARA**
    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record